# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Rene Ruben Moraga-Ruiz,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                         3:04-cv-6-3-V

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 1, 2006 Order.

**Signed: August 1, 2006**

Frank G. Johns, Clerk
United States District Court